UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

          Plaintiff,

v.                                   Case No. 2:06−cr−20465−NGE−MKM
                                      Hon. Nancy G. Edmunds

Anthony Clark, et al.,

          Defendant(s),

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear: Anthony Clark

The defendant(s) shall appear before District Judge Nancy G. Edmunds at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan, for the following proceeding(s):

- SENTENCING: March 20, 2013 at 02:00 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                By: s/C. Hemeyer
                                                   Case Manager

Dated: December 27, 2013