# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

December 31, 2013

Scott S. Harris
Clerk of the Court
(202) 479-3011

**FILED**
*Jan 06, 2014*
DEBORAH S. HUNT, Clerk

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH 45202

Re: Anthony Clark
v. United States
No. 13-8039
(Your No. 11-1221)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on December 26, 2013 and placed on the docket December 31, 2013 as No. 13-8039.

Sincerely,

**Scott S. Harris**, Clerk

by

Sandy Spagnolo
Case Analyst