UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**UNITED STATES OF AMERICA,**

    Plaintiffs,

-vs-

**ANTHONY CLARK,**

    Defendant.
_____/

Case No.: 06-20465-37
Hon. Nancy Edmunds

**RITA F. YOUNG P44626**
Attorney for Defendant
615 Griswold, Ste. 1721
Detroit, Michigan 48226
(313) 963-3730

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR THE DEFENDANT

**NOW COMES RITA F. YOUNG**, appointed attorney for Defendant **ANTHONY CLARK**, and moves this Honorable Court for entry of an Order granting counsel leave to withdraw her appearance as counsel for the Defendant, for the following reasons:

1. That this Motion is brought pursuant to LCR 57.1(a), and MRPC 1.16(b)(6)..

2. That counsel was appointed by this Honorable Court to represent the Defendant, relative to his re-sentencing, currently scheduled to take place on April 3, 2014 at 2:00 p.m.

Page 1 of 3

3. That counsel has been corresponding with the Defendant by electronic mail.

4. That recently the Defendant advised counsel that he no longer wanted this counsel to represent him, relative to his re-sentencing, due to issues related to the objections to the PSR, the information contained in the PSR; and, the appropriate manner of presenting additional and relevant information to this Honorable Court.

5. That as a result, there has been a breakdown in the attorney-client relationship.

6. That MRPC 1.16(b)(6) states in relevant part that a lawyer may withdraw from representing a client if withdrawal can be accomplished without material adverse effect on the interest of the client, or if......good cause for withdrawal exists.

7. That counsel asserts that a breakdown in the attorney-client relationship does amount to good cause, and does warrant the requested relief.

WHEREFORE, counsel prays that this Honorable Court will grant counsel leave to withdraw her appearance as counsel for the Defendant; that this Honorable Court will appoint new counsel for the Defendant, and that the court will adjourn the Defendant's re-sentencing.

Respectfully Submitted,

By: Rita F. Young
Rita F. Young P44626
615 Griswold Ave., Ste. 1721
Detroit, MI 48226
(313) 963-3730
ritafyoung@yahoo.com

Dated: 3/13/14

PROOF OF SERVICE

I hereby certify that on March 13, 2014, I electronically filed the foregoing paper with the Clerk Of The Court using the ECF system which will send notification of such filing to all parties, and that I served a copy of the Motion by U.S. Mail with postage prepaid to the Defendant at the following address:

Anthony Clark #43504039
FCI Elkton Correctional Institution
8730 Scroggs Road
Lisbon, OH 44432

/s/Rita F. Young
Rita F. Young P44626

Dated: 3/13/14

3