UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                     Case No. 06-20465

v.                                  Honorable Nancy G. Edmunds

D-37 ANTHONY CLARK,

       Defendant.
_____/

**ORDER GRANTING ATTORNEY RITA YOUNG'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT ANTHONY CLARK [2547] AND REQUIRING THE FEDERAL DEFENDERS OFFICE TO APPOINT NEW COUNSEL**

This matter comes before the Court on Attorney Rita Young's unopposed motion to withdraw as counsel of record for Defendant Anthony Clark. On September 9, 2013, the Sixth Circuit remanded this matter for re-sentencing consistent with its opinion. *See United States v. Donovan*, ___ F. App'x ___, 2013 WL 4792866, **9, 13 (6th Cir. Sept. 9, 2013). Attorney Young was appointed to represent Defendant Clark at his re-sentencing, but Defendant Clark has asked his appointed counsel to withdraw [2548].

Being fully advised in the premises, this Court GRANTS Attorney Rita Young's unopposed motion to withdraw as counsel for Defendant Anthony Clark.

IT IS FURTHER ORDERED that the Federal Defenders Office promptly appoint new counsel for Defendant Anthony Clark for the purpose of re-sentencing only.

                                      S/Nancy G. Edmunds
                                      Nancy G. Edmunds
                                      United States District Judge

Dated: March 21, 2014

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 21, 2014, by electronic and/or ordinary mail.

S/Johnetta M. Curry-Williams
Case Manager
Acting in the Absence of Carol A. Hemeyer