(EDMI 10/10) Appointment of Federal Defender

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 06-20465-D#7 |
| ANTHONY CLARK | ) | |

**FILED MAR 26 2014 CLERK'S OFFICE DETROIT**

## APPOINTMENT OF FEDERAL DEFENDER

| ☑ MULTIPLE DEFENDANT CASE | ☑ DEFENDANT IN CUSTODY |
|---|---|
| ☐ NON-ENGLISH SPEAKING | LANGUAGE: _____ |
| VIOLATION: RE-SENTENCTING | CASE TYPE: _____ |

The defendant has qualified for the appointment of counsel under the Criminal Justice Act.

**IT IS ORDERED** that the Federal Defender, 613 Abbott Street, 5th floor, Detroit, Michigan 48226, telephone (313) 967-5542, is appointed to represent this defendant in this case, unless the appointment is terminated by (1) Order of the Court, (2) appointment of substitute counsel, or (3) appearance of retained counsel.

NEXT COURT DATE: TO BE SET

Date: March 20, 2014

*Nancy Edmunds*
Judicial Officer's Signature

Nancy G. Edmunds, U.S. District Judge
*Printed name and title*

AUSA Assigned: Christopher Graveline

### PARTIAL PAYMENT ORDER

**IT IS ORDERED** that partial payment be made by the defendant in the amount of $ _____ monthly, commencing on _____, until this case is terminated or otherwise ordered by the Court. Payment shall be made to the **Clerk of the Court, Theodore Levin United States Courthouse, 231 West Lafayette Boulevard, Detroit, MI 48226.**

_____
*Judicial Officer's Signature*

_____
*Printed name and title*

I hereby acknowledge that I am responsible for the partial payments and payment plan ordered by the Court.

_____
*Defendant's Signature*