UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,　　　　　　　Case No.: 06-20465-37
　　　　　　　　　　　　　　　　　　　　Hon. Judge Nancy Edmunds
Plaintiffs,

-vs-

D-37 ANTHONY CLARK, et al

Defendant
_____/

### WITHDRAWAL OF APPEARANCE

Rita F. Young, pursuant to an Order of the Court entered on March 21, 2014, granting leave to withdraw, hereby withdraws her appearance as counsel for Defendant, ANTHONY CLARK, in the above action.

Dated: 3/26/14

/s/ _____
Rita F. Young P44626
Former Attorney for
the Defendant

**Business Address:**
615 Griswold Ave., Ste. 1721
**Detroit, MI　48226**
(313) 963-3730