UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-37 ANTHONY CLARK,

    Defendant.
_____/

Case No. 06-cr-20465
Hon. Nancy G. Edmunds

## ATTORNEY APPEARANCE

**NOW COMES** ROBYN B. FRANKEL and hereby enters her Appearance as attorney for the Defendant, ANTHONY CLARK, in the above entitled cause of action.

Respectfully submitted,

/s/ Robyn B. Frankel
Robyn B. Frankel (P43629)
Attorney for Defendant Anthony Clark
26611 Woodward Avenue
Huntington Woods, MI 48070
(248) 541-5200
robyn720@comcast.net

Date: March 28, 2014

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 28, 2014, she electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record.

/s/ Robyn B. Frankel
Robyn B. Frankel (P43629)
Attorney for Defendant Anthony Clark
26611 Woodward Avenue
Huntington Woods, MI 48070
(248) 541-5200
robyn720@comcast.net