UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                                      Case No. 06-cr-20465
                                                                        Hon. Nancy G. Edmunds

v.

**D-37 ANTHONY CLARK,**

    Defendant.

_____/

**STIPULATION AND ORDER TO ADJOURN RESENTENCING
OF D-37 ANTHONY CLARK**

NOW COME the parties, by an through their respective counsel, and hereby stipulate to an adjournment of the resentencing of D-37 Anthony Clark, which is presently scheduled for May 15, 2014, for a period of thirty (30) days, to a date and time to be set by the Court. Defense counsel was appointed as substitute counsel for the Defendant Anthony Clark by the Federal Defender Office on March 24, 2014. Defendant's counsel filed an appearance on March 28, 2014. Counsel has not yet received a complete copy of prior counsel's file, although she has been in contact with prior counsel. Counsel has had email correspondence with Defendant Anthony Clark, but because he is incarcerated at the Elkton Correctional Facility in Ohio, face to face contact is not possible. Counsel is attempting to arrange telephone contact with Defendant in order to discuss Defendant's immediate concerns. Counsel will need sufficient time to review the file, prepare objections to the amended presentence

report, if necessary, and file a sentencing memorandum.

Stipulated and agreed:

| | |
|---|---|
| /s/Christopher Graveline (with consent) | /s/Robyn B. Frankel |
| Christopher Graveline (P69515) | Robyn B. Frankel (P43629) |
| Assistant United States Attorney | Attorney for D-37 Anthony Clark |
| 211 W. Fort St., Suite 2001 | 26611 Woodward Avenue |
| Detroit, MI 48226 | Huntington Woods, MI 48070 |
| (313) 226-9155 | (248) 541-5200 |
| christopher.graveline2@usdoj.gov | robyn720@comcast.net |

Dated: April 11, 2014

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,                                Case No. 06-cr-20465
                                                        Hon. Nancy G. Edmunds

v.

**D-37 ANTHONY CLARK,**

    Defendant.

_____/

## ORDER GRANTING ADJOURNMENT OF RESENTENCING OF D-37 ANTHONY CLARK

Upon the stipulation of the parties and the Court being duly advised, and the Court finding good cause for the adjournment of resentencing:

**IT IS HEREBY ORDERED** that the resentencing of D-37 Anthony Clark be adjourned from May 15, 2014 to **June 17, 2014 at 2:30 p.m.**

    **IT IS SO ORDERED.**

                                                s/ Nancy G. Edmunds
                                                NANCY G. EDMUNDS
                                                United States District Court Judge

Dated: April 16, 2014