## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED STATES OF AMERICA,

              Plaintiff,                     Case No. 06-cr-20465

v.                                   HONORABLE NANCY G. EDMUNDS
                                    Senior United States District Judge

D-37  ANTHONY CLARK,

              Defendant.                **FILED UNDER SEAL**

_____/

## MOTION FOR LEAVE TO FILE SUPPLEMENTAL
## SENTENCING MEMORANDUM UNDER SEAL

Defendant Anthony Clark, by his attorney Christopher J. McGrath, respectfully moves for leave to file his supplemental sentencing memorandum dated December 8, 2015, under seal.   He further requests that both his motion for leave to file supplemental sentencing memorandum under seal and the accompanying order to seal also be filed under seal.   The reason for defendant's request for leave to file each document under seal is that the supplemental sentencing memorandum contains an in-depth discussion of his cooperation efforts.

Dated: December 8, 2015                s/Christopher J. McGrath
                                      Christopher J. McGrath (P58738)
                                      Attorney for Defendant
                                      503 South Saginaw Street, Suite 939
                                      Flint, Michigan 48502
                                      (810) 238-8540
                                      mcgrathtph@aol.com

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,               Case No. 06-cr-20465

v.                       HONORABLE NANCY G. EDMUNDS
                            Senior United States District Judge

D-37  ANTHONY CLARK,

      Defendant.          **FILED UNDER SEAL**
_____/

## ORDER TO SEAL

      The defendant, Anthony Clark, having moved through counsel to seal certain documents, and the Court having been duly advised in the premises;

      IT IS HEREBY ORDERED that defendant's supplemental sentencing memorandum dated December 8, 2015, his motion for leave to file supplemental sentencing memorandum under seal dated December 8, 2015, and this order all be sealed.

Dated: December 10, 2015          s/ Nancy G. Edmunds
                                   Honorable Nancy G. Edmunds
                                   United States District Judge